# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128819

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RON ISAAC,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128819
COA: 252306
Wayne CC: 03-007754-01

      On order of the Court, the application for leave to appeal the April 19, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

t1024

Clerk